RECEIVED
IN LAKE CHARLES, LA
OCT 20 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EARNEST CONROD, JR.** | : | **DOCKET NO. 2:06 CV 1005** |
| VS. | : | JUDGE MINALDI |
| **WARDEN J.P. YOUNG** | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons stated therein, it is ORDERED, that the Petition for a Writ of Mandamus filed by Earnest Conrod, Jr. [doc. 1] is DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 18 day of October, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT